NO. 07-02-0170-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JULY 21, 2003

______________________________

MCDILL COLUMBUS CORPORATION, NORTHWOOD FOREST

APARTMENTS, INC., MCDILL OF TEXAS 2, INC., AND

PARTNERS NORTHWOOD LTD., APPELLANTS

V.

U.S.A. METROPOLITAN TAX CREDIT FUND II, L.P.,

RICHMAN METROPOLITAN, INC., AND THE

RICHMAN GROUP OF CONNECTICUT, APPELLEES

_________________________________

FROM THE 127
TH
 DISTRICT COURT OF HARRIS COUNTY;

NO. 96-10530; HONORABLE SHARONLYN WOOD, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

By order dated September 23, 2002, this appeal was suspended following the Court’s receiving Notice of Bankruptcy in regard to appellant Partners Northwood, Ltd.  The parties have now filed a copy of the Order Confirming Second Amended Plan of Reorganization, as Modified, Under Chapter 11 of the United States Bankruptcy Code in Case No. 02-12963-8P1 in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, styled In re: Partners Northwood, Ltd.  Pursuant to the order of confirmation, the parties have submitted a Joint Motion to Dismissal Appeal.  

The appeal is reinstated.  The motion to dismiss is granted.  The appeal is dismissed.  
Tex. R. App. P.
 42.1(a)(2).  All costs having been paid, no order pertaining to the costs is made.  Having dismissed the appeal at the parties’ request, no motion for rehearing will be entertained and our mandate will issue forthwith.  

Phil Johnson

Chief Justice